COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| CLEAN FUEL TECHNOLOGIES II, | | No. 08-15-00277-CV |
| LLC, A TEXAS LIMITED LIABILITY | § | |
| COMPANY, | | Appeal from |
| | § | |
| Appellant, | | 120th District Court |
| | § | |
| v. | | of El Paso County, Texas |
| | § | |
| E.L. HOLLINGSWORTH & CO., INC., | | (TC # 2015-DCV0527) |
| A MICHIGAN CORPORATION, | § | |
| | | |
| Appellee. | § | |

## MEMORANDUM OPINION

Pending before the Court is a joint motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(2) because the parties have resolved the dispute. We grant the motion and dismiss the appeal. Pursuant to the parties' agreement, costs of the appeal are assessed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

August 17, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.